**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENN BROTHERS, | : | Civil No. 3:26-CV-02642 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 16th day of September, 2026, **IT IS ORDERED THAT** Plaintiff shall file a brief notice with the court by **September 25, 2026**, indicating whether Plaintiff's original filing, Doc. 1 should be construed and re-docketed as Plaintiff's complaint or stand as currently captioned and docketed as a motion for temporary restraining order and preliminary injunction. If Plaintiff elects to have Doc. 1 construed as her complaint, which is permissible, then Plaintiff must file a separate motion for temporary restraining order and a brief in support. Alternatively, if Plaintiff elects to proceed with Doc. 1 as a motion, then Plaintiff must file a complaint in accordance with Federal Rule of Civil Procedure 3, as well as a brief in support of her motion.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania