IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JENN BROTHERS,
Plaintiff,

v.

AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,
Defendant.

Civil No. 3:26-CV-02642
Judge Jennifer P. Wilson

PLAINTIFF'S NOTICE REGARDING CONSTRUCTION OF DOCUMENT 1

Plaintiff Jenn Brothers, proceeding pro se, respectfully submits this notice in response to the Court's Order dated September 16, 2026.

Plaintiff elects to have Document 1 construed and re-docketed as Plaintiff's Complaint in this action.

Plaintiff will file a separate Motion for Temporary Restraining Order and Preliminary Injunction, together with a supporting brief, as directed by the Court.

Respectfully submitted,

Jenn Brothers
Plaintiff, Pro Se
1688 State Route 367
Laceyville, PA 18623
jennbrothersforcongress@gmail.com

Dated: September 24, 2026