UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENN BROTHERS,<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>Defendant. | No. 3:26-cv-02642<br>Judge Jennifer P. Wilson |

**SECRETARY OF THE COMMONWEALTH AL SCHMIDT'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On September 15, 2026, Plaintiff filed her Complaint in the instant case. Dkt. No. 1. Plaintiff served the Secretary with the summons on September 18, thereby making his answer or motion to dismiss due on October 9. *See* Fed. R. Civ. Proc. 12(a)(1)(A)(i).

On September 25, 2026, Plaintiff filed her motion and brief in support of a preliminary injunction. Dkt. Nos. 11 & 12. By order of this Court, the Secretary's opposition is due on October 9. Dkt. No. 13.

To conserve the resources of the Secretary at this critical time on the eve of the General Election and that of this Court, the Secretary hereby moves this Court

to delay the deadline for his answer or motion to dismiss until two weeks after this Court rules on Plaintiff's motion for preliminary injunction. The Secretary's opposition to Plaintiff's motion for preliminary injunction will address Plaintiff's lack of standing. However, the threshold requirements for standing are more lax at the motion to dismiss stage than on a preliminary injunction. *Compare Potter v. Cozen & O'Connor*, 46 F.4th 148, 153 (on a motion to dismiss, "we consider whether the complaint 'contain[s] sufficient factual matter that would establish standing if accepted as true'") *with Murthy v. Missouri*, 603 U.S. 43, 58 (2024) (on a motion for preliminary injunction, requiring Plaintiff to make a "clear showing" that she is "likely" to establish each element of standing). This Court's ruling on the pending motion for preliminary injunction is likely to inform the Secretary's arguments in or need for a motion to dismiss, including but not limited to any arguments as to mootness and standing.

As the Secretary's opposition brief to the preliminary injunction will explain, it is already too late to add Plaintiff to the ballot. However, even if it were not too late and the Court were to keep in place the October 9 deadline for a response to the Complaint, it would not help Plaintiff.

If required to file on October 9, the Secretary would file a motion to dismiss rather than an answer, which motion would necessarily be largely duplicative of the standing argument in the Secretary's opposition to preliminary injunction. Plaintiff

would then have until October 23 to file her opposition to the motion to dismiss, and the Secretary would have until November 6 to file his reply in support. L.R. 7.6, 7.7. That would be three days after the November 3 General Election. Even if Plaintiff were to file on October 16—the same day that her reply in support of the motion for preliminary injunction is due—that would leave only two-and-a-half weeks before the election for the Secretary to reply in support and for this Court to issue an order on the motion to dismiss. And because a motion to dismiss tests the sufficiency of Plaintiff's allegations, rather than the merits of her case, even a ruling in Plaintiff's favor would do nothing to place her on the ballot.

In light of the resources that it would conserve and the lack of prejudice to Plaintiff, the Secretary asks this Court to extend the deadline for his answer to the Complaint until two weeks after this Court issues its order on the pending motion for preliminary injunction.

October 6, 2026

Respectfully submitted,

/s/ *Michelle Rupp*

Kathleen A. Mullen (Pa. 84604)
Executive Deputy Chief Counsel
Michelle Rupp (Pa. 337463)
Assistant Counsel
Pennsylvania Department of State
306 North Office Building
Harrisburg, PA 17120
Tel: 717-783-0736
Fax: 717-214-9899

Email: kamullen@pa.gov
mirupp@pa.gov

*Counsel for Department of State and Secretary of the Commonwealth Al Schmidt*

**CERTIFICATE OF SERVICE**

I, Michelle Rupp, certify that I have caused Plaintiff to be served on this date with the foregoing via the Court's ECF system.

Date: October 6, 2026

/s/ *Michelle Rupp*
Michelle Rupp