UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENN BROTHERS,<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>Defendant. | No. 3:26-cv-02642<br>Judge Jennifer P. Wilson |

**ORDER**

AND NOW, this 7th day of October, 2026, upon consideration of Secretary Schmidt's Unopposed Motion to Increase Word Limit on Opposition Brief, it is hereby **ORDERED** that said Motion is **GRANTED**, and Secretary Schmidt's word count limit for his brief in opposition to the pending Motion for Preliminary Injunction is increased to 7,000 words.

**s/Jennifer P. Wilson**
**Jennifer P. Wilson**
**United States District Judge**