IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
JENN BROTHERS,
Plaintiff,
v.
AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,
Defendant.
Civil No. 3:26-CV-02642
Hon. Jennifer P. Wilson

JENN BROTHERS UNOPPOSED MOTION TO INCREASE WORD LIMIT ON SUPPLMENTAL BRIEF

Currently pending before this Court is Plaintiff's motion and brief in support of a preliminary injunction. Dkt. Nos. 11 & 12. By order of this Court, Plaintiff' brief is due on October 16. Plaintiff brief includes a standing argument in addition to the factors relevant to injunctive relief. Plaintiff therefore moves this Court to increase the word count limitation for her supplemental brief from 5,000 words, L.R. 7.8(b)(2), to 7,500 words.

Plaintiff has conferred with the Counsel for the Secretary, who does not oppose an increase to the word limit.

Respectfully submitted,

Jenn Brothers
Pro Se