**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENN BROTHERS,<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>Defendant. | : | Civil No. 3:26-CV-02642<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 15th day of October, 2026, following review of Plaintiff's unopposed motion to increase the word limit, Doc. 27, **IT IS ORDERED THAT** the motion is **GRANTED**. Plaintiff may file a reply brief in support of her motion for preliminary injunction containing up to 7,500 words.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania