IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENN BROTHERS,<br><br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br><br>Defendant. | : | Civil No. 3:26-CV-02642<br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**TABLE OF CONTENTS AND INDEX OF EXHIBITS**

## Principal filings

- Plaintiff's Supplemental Brief in Support of Emergency Relief
- Plaintiff's Proposed Order

### Supporting exhibits

| Exhibit | Description |
|---|---|
| A | 2026 Instructions for filing as a Candidate |
| B | 2026 Independent Nomination Paper, Sample |
| C | 2026 Democratic Candidate Nomination Petition, Sample |
| D | Public Statement of Jackie Stockage |
| E | Audio Recording of July 28, 2026 Party Hearing (M4A) |
| F | Transcript of July 28, 2026 Party Hearing (This can be updated if necessary) |
| G | Jackie Stockage Email Requesting Formal Hearing |
| H | The Times-Tribune News Report |
| I | FEC Candidate Acceptance Documentation, April 2024 |
| J | FEC Guide: Becoming a Candidate |
| K | FEC Email Correspondence, September 13, 2025 |
| L | Email Correspondence Concerning Susquehanna County Democrats |
| M | Materials Concerning financial underreporting Amanda Waldman |
| N | Email Discussion Between Ed Zygmunt regarding Jackie Baker |
| O | Message with McKenna Long, Democratic Chair November 15, 2025 |
| P | Ed Zygmunt, former Democratic Chair Email Response |
| Q | Christian, Current Democratic Chair Email Response |
| R | Email with Matt Duvall, Democratic Chair February 23, 2026 |
| S | Exchange with Germaine Donahue, Democratic Chair |
| T | Facebook Comment Thread |
| U | Facebook Profile Indicating Gender |
| V | Candidate Declaration |
| W | Cornel West, et al. v. Pennsylvania Department of State, et al. aka West v. Schmidt |

I, Jennifer Brothers, certify that the Plaintiff's Supplemental Brief in Support of Emergency Relief is 7468 words, which is less than the 7,500 words permitted by this Court in its Order of October 15, 2026.

Respectfully submitted,

Jennifer Brothers
Plaintiff, Pro Se
1688 State Route 367
Laceyville, PA 18623
jennbrothersforcongress@gmail.com