**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF STATE**

# INSTRUCTIONS FOR FILING AS A CANDIDATE OF A POLITICAL BODY 2026 GENERAL ELECTION

***PLEASE READ CAREFULLY***

The following instructions relate to the filing of nomination papers by candidates of political bodies for public offices.

Nomination papers should not be confused with nomination petitions, which are the forms used by candidates to access the primary election ballot for the Democratic Party and Republican Party.

## 1. WHO MAY FILE:

Individuals who wish to be candidates of political bodies must file nomination papers, Form DSBE PB. Any person who is a registered and enrolled member of a political party during any period of time beginning with thirty (30) days before the primary and extending through the General or Municipal Election is not eligible to be the candidate of a political body in the General or Municipal Election held in the same year. A candidate for election at a special election may not be a registered and enrolled member of a party.

## 2. NAMES OF CANDIDATES:

The name of each candidate, their occupation, and their place of residence with street and number must be listed. The office for which such candidate is nominated (including district number if applicable) must also be listed. More than one candidate, and candidates for more than one office, may be nominated by one set of nomination papers, provided that all the signers on each nomination paper are qualified to vote for all the candidates nominated by such nomination paper.

## 3. NAME OF POLITICAL BODY:

The name of the political body nominating the candidates named in the nomination paper must be entered on each nomination paper page. Such name cannot be more than three (3) words and shall not be identical or deceptively similar to any words used in the name of an existing political party, or of any political body that has already filed nomination papers for the same office.

## 4. COMMITTEE TO FILL VACANCIES:

A committee of three (3) to five (5) persons must be listed on the nomination papers in the spaces provided. The names of the committee members must be listed on each page of the nomination paper. This committee is empowered to nominate persons to fill a vacancy in the nomination should it occur. The Pennsylvania Election Code does not specify the qualifications of the members of this committee.

**5. NUMBER OF SIGNATURES REQUIRED:**

Statewide - As a result of a federal district court order, the Secretary of the Commonwealth **is not enforcing the two percent calculation contained in Section 951(b) of the Pennsylvania Election Code, 25 P.S. § 2911(b), for offices to be filled by the voters of the entire State** to nomination papers filed by the Constitution Party, the Green Party and the Libertarian Party. *See* Order at 1-2, *Constitution Party of Pa. v. Cortés*, No. 12-2726 (E.D. Pa. Feb. 1, 2018). Rather, candidates for all statewide offices must gather 2,500 signatures, except for the offices of President of the United States, United States Senator, or Governor, which require 5,000 signatures.

District - The minimum number of signatures required on nomination papers for candidates nominated for any office elected by district is equal to two percent of the largest vote cast for any officer, except a judge of a court of record, elected at the last preceding election in the electoral district for which the nomination papers are to be filed, and shall not be less than the number of signers required for nomination petitions of political party candidates for the same office. The Bureau of Elections will furnish the figures for all offices for which nomination papers are filed with the Secretary of the Commonwealth. For other offices, consult your County Board of Elections.

**6. QUALIFICATIONS OF SIGNERS:**

Signers of nomination papers must be qualified, registered electors of the Commonwealth and district and of the respective county in which the nomination papers are circulated. Different pages must be circulated for residents of different counties. Each signer must personally sign their name. Each signer must also insert their printed name, residence, and the date of signing on the nomination papers. The date of signing may be expressed in words or numbers (e.g., March 11, 2026, or 3/11/26). The elector's signature and residence should match the information that appears on their voter registration card. *NOTE:* In the case of an elector having a Rural Route or Rural Delivery address, the township should be listed. As a result of a federal district court order, the Secretary of the Commonwealth **is not enforcing the prohibition on signing more nomination papers than there are persons to be elected and offices to be filled**, in section 951(c) of the Pennsylvania Election Code, 25 P.S. § 2911(c), for nomination papers filed by the Green Party and the Libertarian Party. *See Green Party of Pa. v. Aichele*, 89 F. Supp. 3d 723 (E.D. Pa. 2015).

**7. FILING DATES:**

The first day to circulate and file nomination papers is March 11, 2026, and the last day to circulate and file is August 3, 2026.

**8. STATEMENTS AND AFFIDAVITS:**

a) Statement of Circulator - *Every* nomination paper page must have the "Statement of Circulator" filled in and signed *after* all signatures have been obtained. Recent amendments to section 951(d) of the Pennsylvania Election Code, 25 P.S. § 2911(d), have eliminated the **in-state residency requirement** and the **affidavit requirement** for circulators of nomination papers for all political bodies.

b) Candidate's Affidavit - Each candidate for public office must execute and file one Candidate's Affidavit with their nomination paper. The Candidate's Affidavit is a separate form and may be obtained from the Bureau of Elections, Room 210 North Office Building, Harrisburg, PA 17120. Act 2020-15, signed into law on April 20, 2020, allows a candidate to sign an unsworn statement and submit it along with the candidate's affidavit and paper packet instead of notarizing the candidate's affidavit. The unsworn statement will be available for download on the Department's Running for Office web page.

c) Statement of Financial Interests - Candidates for all public offices, except President and Vice President of the United States, United States Senator, and Representative in Congress, are required to submit with their nomination papers a copy of the State Ethics Commission's Statement of Financial Interests. Candidates should contact the State Ethics Commission, Finance Building, 613 North Street, Room 304, Harrisburg, PA 17120-0400, (800) 932-0936 with questions regarding the Statement of Financial Interests form. Please refer to the back of the Statement of Financial Interests to find the appropriate office in which to file the original copy of this form.

**9. ASSEMBLING NOMINATION PAPERS**:

Each page must be numbered consecutively. Pages are double-sided; the front and back must reflect the same page number.

**10. WHERE TO FILE**:

Nomination papers for all county and local offices must be filed in the office of the County Board of Elections. All nomination papers, required affidavits, and filing fees for federal and state offices must be **RECEIVED** in the office of the Bureau of Elections, Room 201 North Office Building, Harrisburg, PA 17120 no later than 5:00 P.M. on August 3, 2026.

**11. FILING FEES:**

Filing fees for nomination papers are the same as the filing fees required for nomination petitions for the same office. The filing fee must be presented with the nomination paper and must be made by CERTIFIED CHECK or MONEY ORDER payable to the Commonwealth of Pennsylvania. A separate filing fee must be submitted for each candidate named in the nomination paper.

a) For Statewide offices (Governor, Lt. Governor) — $200.00; Representative in Congress — $150.00; and Senator or Representative in the General Assembly — $100.00.

b) The filing fee for offices specified in (a) must be presented with the nomination paper and must be made by CERTIFIED CHECK or MONEY ORDER payable to the Commonwealth of Pennsylvania. A separate filing fee must be submitted for each candidate named in the nomination paper.

**NOTE:** All dates and information contained herein are subject to change without notice in the event of passage of any amendatory legislation during the 2026 Session of the Pennsylvania General Assembly.