June 28, 2026

FOR IMMEDIATE RELEASE

Democratic Committee Seat Removed Without Due Process in Wyoming County

A complaint has been filed with the State Democratic Party against the Wyoming County Democratic Party for improper removal of an elected committee seat from the county committee meetings without due process.

Jackie Stockage, a resident and elected representative of Monroe Township, was pulled aside from a committee meeting on Tuesday, June 23rd by the newly elected county chair, Pamela Hemann, for an individual discussion. During this conversation, Jackie was informed that she would no longer be allowed to attend the committee meetings as an elected officer or vote on behalf of the precinct that had elected her in the May primary.

When asked what date the hearing would be held for her dismissal from the committee, the county chair stated that, “The county party was not required to hold one.”

Stockage then attempted to sit in on the meeting as a registered democrat to publicly view the meeting proceedings, and she was again told that she would not be allowed to access the meeting until further discussions of the executive committee were made.

State democratic party bylaws include that members of the county committee are entitled to a hearing at the county level, which can be appealed to the state committee for further review.

After following up with this information via email to the Wyoming County Democratic Party, there has been no response beyond an unprofessional email reply.

This complaint filed to the state is complaint #8 that has been filed by Jackie Stockage over the past several months, with no response yet from the state democratic committee. These complaints have ranged from voter intimidation to ballot blocking and election interference centering around candidate Jennifer Brothers and her campaign volunteers.

Jackie added, “I am not the only person who has filed these complaints to the state. Individuals in Northumberland, Columbia and Schuylkill County have also filed complaints with the State Democratic Committee and the League of Women Voters. We’re still waiting for any kind of response.”

With no acknowledgement from the state democratic committee, the Wyoming County Democratic Committee has proceeded to push forward with forcing removal of Jackie

Stockage from her elected committee seat to cover up these prior complaints without due process required by the party bylaws.

“They have continued to ask me to stay silent on the matter, and I refuse to be complicit in corruption. The county committees took active steps to organize and cut Jenn Brothers out of the election because her career in private investigations led her to uncover campaign money that was misreported by other candidates after being received from multiple County Democratic Committees totaling tens of thousands of dollars. This push to remove me from the committee is their way of trying to stop me from talking about how we can do better as a party. If the Democratic party wants to continue to ignore the people, then it’s time for the public to know what is happening. I will continue to fight for transparency within the party.”