**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENN BROTHERS,<br>Plaintiff,<br><br>v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO. 3:26-cv-02642<br><br>HONORABLE JENNIFER P. WILSON |

**ORDER**

AND NOW, this ______ day of October 2026, upon consideration of Plaintiff's Motion for Preliminary Injunction, Defendant's response, and Plaintiff's supplemental brief, it is hereby ORDERED that:

1. Plaintiff's Motion for Preliminary Injunction is GRANTED.

2. Defendant, in his official capacity as Secretary of the Commonwealth of Pennsylvania, shall take the steps within his lawful authority necessary to place Jenn Brothers's name on the ballot as an independent candidate for the United States House of Representatives in Pennsylvania's Ninth Congressional District for the November 3, 2026, general election.

3. Plaintiff's signed Candidate's Affidavit, submitted with her request for relief, shall be accepted for purposes of completing her nomination filing.

4. Plaintiff shall tender the required $150 nomination filing fee to the Pennsylvania Department of State, and the Department shall accept that payment notwithstanding the expired nomination-paper filing deadline.

____________________________________

JENNIFER P. WILSON
United States District Judge