**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENN BROTHERS, | : | Civil No. 3:26-CV-02642 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 28th day of October, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT**:

(1) Plaintiff Jenn Brothers' motion for preliminary injunction, Doc. 11, is **DENIED**.

(2) Defendant Secretary Schmidt shall file a response to the complaint by **November 11, 2026**, in accordance with the court's October 7th order. (Doc. 25.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania